William Green – SBN 129816
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff, MARK MURRAY

FILED
FEB 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PVT

MARK MURRAY

Plaintiff,

v.

ABBOTT LABORATORIES, INC.

Defendants.

Case No. CV 08 0906

COMPLAINT FOR BENEFITS UNDER LONG-TERM DISABILITY EMPLOYEE BENEFIT PLAN

BY FAX

Plaintiff, MARK MURRAY, alleges as follows:

1. This action is brought under 29 U.S.C. §§ 1132(a), (e) and (f), §§ 502(a), (e) and (f) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA").

2. The events or omissions giving rise to plaintiff's claim occurred in this judicial district, thus venue is proper here pursuant to 28 U.S.C. § 1391(b)(2).

3. Defendant, ABBOTT LABORATORIES, INC. ("ABBOTT"), is and at all relevant times alleged herein, was licensed to do business and doing business in the State of California and in this judicial district.

1

COMPLAINT FOR BENEFITS UNDER LONG-TERM
DISABILITY EMPLOYEE BENEFIT PLAN

4. Defendant, ABBOTT, is and at all relevant times alleged herein, was plaintiff's employer. At all relevant times alleged herein, Defendant ABBOTT had established and maintained an ERISA employee welfare benefits plan. The ABBOTT ERISA plan is and was at all relevant times entitled "The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition," and is hereinafter referred to as "the Abbott Severance Plan".

5. At all relevant times alleged herein, plaintiff MARK MURRAY ("MURRAY") was a resident of the County of Santa Clara, California, and a participant in the Abbott Severance Plan.

6. While employed by defendant ABBOTT and a participant in the Abbott Severance Plan, MURRAY was terminated from his employment and became entitled to benefits under the Abbott Severance Plan. MURRAY made a claim for benefits and rights under the Abbott Severance Plan.

7. Defendant ABBOTT rejected MURRAY's claim under the Abbott Severance Plan, and refused to pay MURRAY the benefits to which he was and is entitled thereunder. Said rejection and denial of benefits was and is wrongful and constitutes an abuse of discretion under the Abbott Severance plan and the law.

8. MURRAY appealed ABBOTT's wrongful rejection of his claim and denial of benefits. In his appeal, MURRAY and his representatives explained, in great detail, why ABBOTT's rejection of his claim and denial of benefits was wrongful and an abuse of ABBOTT's discretion. Despite providing this explanation, MURRAY's appeal of ABBOTT's wrongful decision was denied. Such rejection and denial of the appeal by ABBOTT was and is wrongful and constitutes an abuse of discretion.

9. ABBOTT's decisions and determinations with respect to MURRAY's claim, as set forth herein, were wrongful, unreasonable, irrational, sorely contrary to the evidence, contrary to the terms of the Abbott Severance Plan and contrary to law.

///

///

COMPLAINT FOR BENEFITS UNDER LONG-TERM
DISABILITY EMPLOYEE BENEFIT PLAN

1  10. As a direct and proximate result of the ABBOTT's decisions and determinations, MURRAY has been deprived of said benefits.

11. As a further direct and proximate result of the denial of benefits, MURRAY has been required to incur attorney fees to pursue this action, and is entitled to have such fees paid by ABBOTT pursuant to 29 U.S.C. § 1132(g) (1), ERISA § 502(g) (1).

12. A controversy now exists between ABBOTT and MURRAY as to the following: (1) whether MURRAY is entitled to receive benefits under the Abbott Severance Plan that were wrongfully withheld from him by ABBOTT; and, (2) whether ABBOTT must compensate MURRAY for any and all attorney fees he has been forced to incur to obtain benefits under the Abbott Severance Plan.

13. MURRAY seeks a declaration that: (1) he is entitled to receive benefits under the Abbott Severance Plan that were wrongfully withheld from him by ABBOTT (and the amount of said benefits); and, (2) ABBOTT must compensate him for any and all attorney fees he has been forced to incur to obtain benefits under the Abbott Severance Plan.

WHEREFORE, MURRAY prays for relief against ABBOTT as follows:

(1) An order stating that he is entitled to receive benefits under the Abbott Severance Plan that were wrongfully withheld from him by ABBOTT;

(2) A determination of the amount of the benefits owed under the Abbott Severance Plan as well as an award of said amount to MURRAY and against ABBOTT;

(3) An order that ABBOTT must compensate MURRAY for any and all attorney fees and costs he has incurred to obtain benefits under the Abbott Severance Plan; and,

//
//
//
//

3

COMPLAINT FOR BENEFITS UNDER LONG-TERM
DISABILITY EMPLOYEE BENEFIT PLAN

1      (4)    For such other and further relief as the Court deems just and proper.

3  Dated: February 12, 2008

DELFINO GREEN & GREEN

William Green
Attorney for Plaintiff
MARK MURRAY

4

COMPLAINT FOR BENEFITS UNDER LONG-TERM
DISABILITY EMPLOYEE BENEFIT PLAN