1  Robert Spagat (SBN: 157388)
   Allison M. Dibley (SBN: 213104)
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA 94111-5894
   Telephone:    415-591-1000
4  Facsimile:     415-591-1400
   Email: rspagat@winston.com
5         adibley@winston.com

6  Attorneys for Defendant
   ABBOTT LABORATORIES, INC.
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | MARK MURRAY,                          | **Case No. C 08-0906 PVT**
11 |            Plaintiff,                 | **STIPULATION REGARDING EXTENSION OF TIME FOR FILING RESPONSE TO PLAINTIFF'S COMPLAINT**
12 |      vs.                              |
13 | ABBOTT LABORATORIES, INC.,            |
14 |            Defendant.                 |
15 |                                       | Date Action Filed:    February 12, 2008

16

17     This stipulation is entered into by and among Plaintiff Mark Murray ("Mr. Murray") and

18 Defendant Abbott Laboratories, Inc. ("Abbott"), through their respective attorneys of record.

19     WHEREAS on February 12, 2008, Mr. Murray filed a Complaint in the above-referenced

20 matter;

21     WHEREAS Local Civil Rule 6-1 allows the parties to stipulate to extend the deadline to

22 answer or otherwise respond to the Plaintiff's Complaint without court order.

23     ///

24     ///

25     ///

26

27

28

---

1

STIPULATION REGARDING EXTENSION OF TIME FOR FILING RESPONSE TO
PLAINTIFF'S COMPLAINT         Case No. C 08-0906 PVT

IT IS THEREFORE HEREBY STIPULATED by and among Mr. Murray and Abbott that Abbott's answer or other response to the Complaint is due on March 31, 2008.

Dated: March 3, 2008            WINSTON & STRAWN LLP

                                By:   /s/ Allison M. Dibley
                                      Robert Spagat, Esq.
                                      Allison M. Dibley, Esq.

                                      Attorneys for Defendant
                                      ABBOTT LABORATORIES, INC.

Dated: March 3, 2008            DELFINO GREEN & GREEN

                                By:   /s/ William Green
                                      William Green, Esq.

                                      Attorney for Plaintiff
                                      MARK MURRAY

SF:200393.1

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5894