**ORIGINAL**

Joseph J. Torres
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

FILED
2008 MAR 13  A 10: 42
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK MURRAY,

      Plaintiff(s),

v.

ABBOTT LABORATORIES, INC.,

      Defendant(s).

CASE NO. C 08-00906 PVT

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Civil L.R. 11-3, Joseph J. Torres, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Abbott Laboratories, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Allison M. Dibley, Winston & Strawn LLP
101 California Street, San Francisco, California, 94111 (415) 591-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2008