1  Robert Spagat (SBN: 157388)
   Allison M. Dibley (SBN: 213104)
2  WINSTON & STRAWN LLP
   101 California Street, Suite 3900
3  San Francisco, CA  94111-5894
   Telephone:    415-591-1000
4  Facsimile:    415-591-1400
   Email: rspagat@winston.com
5         adibley@winston.com

6  Attorneys for Defendant
   ABBOTT LABORATORIES, INC.
7

8  William Green (SBN:  129816)
   DELFINO GREEN & GREEN
9  1010 B Street, Suite 320
   San Rafael, CA  94901
10 Telephone:    415-442-4646
   Facsimile:    415-442-4802
11 Email: bill@dgglaw.com

12 Attorneys for Plaintiff
   MARK MURRAY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| MARK MURRAY, | Case No. C 08-0906 PVT |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF NAMED DEFENDANT AND REGARDING EXTENSION OF TIME FOR FILING RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| ABBOTT LABORATORIES, INC., | |
| Defendant. | |
| | Date Action Filed:    February 12, 2008 |

This Stipulation is entered into by and among Plaintiff Mark Murray ("Mr. Murray") and Defendant Abbott Laboratories, Inc. ("Abbott"), through their respective attorneys of record.

WHEREAS on February 12, 2008, Mr. Murray filed a Complaint in the above-referenced matter; and

WHEREAS, on March 4, 2008, Abbott filed the parties' Stipulation Regarding Extension of Time for Filing Response to Plaintiff's Complaint, giving Abbott until March 31, 2008 to respond to

1

Mr. Murray's Complaint; and

WHEREAS, due to counsel's trial schedule during March 2008, Abbott needs an additional one-week extension of time to respond to the complaint; and

WHEREAS, Mr. Murray improperly named the defendant in this action. The true and correct name of the defendant in this matter is The Abbott Severance Pay Plan For Former U.S. Guidant Employees 2006 Edition.

IT IS THEREFORE HEREBY STIPULATED by and among Mr. Murray and Abbott that:

1. The Abbott Severance Pay Plan For Former U.S. Guidant Employees 2006 Edition shall be substituted for Abbott Laboratories, Inc. as the correctly named Defendant in this matter.

2. Abbott's answer or other response to the Complaint is due on April 7, 2008.

Dated: March 25, 2008                     WINSTON & STRAWN LLP


By:   /s/ Allison M. Dibley
      Robert Spagat, Esq.
      Allison M. Dibley, Esq.

      Attorneys for Defendant
      ABBOTT LABORATORIES, INC.


Dated: March 25, 2008                     DELFINO GREEN & GREEN

By:   /s/ William Green
      William Green, Esq.

      Attorney for Plaintiff
      MARK MURRAY

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date: _____

HON. PATRICIA V. TRUMBULL
United States District Court Magistrate Judge

SF:201913.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894