UNITED STATES DISTRICT COURT

Northern District of California

MARK MURRAY,

              Plaintiff(s),

v.

ABBOTT LABORATORIES, INC.,

              Defendant(s).

CASE NO. 08-00906 PVT

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Sheila P. Frederick, an active member in good standing of the bar of the Northern District of Illinois (particular court to which applicant is admitted) whose business address and telephone number is

35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Abbott Laboratories, Inc.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 3/25/08

*Patricia V. Trumbull*
United States Magistrate Judge