Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Telephone:   312-558-6700
Facsimile:   312-558-5700
Email: jtorres@winston.com
       sfrederick@winston.com

Robert Spagat (SBN: 157388)
Allison M. Dibley (SBN: 213104)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA  94111-5894
Telephone:   415-591-1000
Facsimile:   415-591-1400
Email: rspagat@winston.com
       adibley@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK MURRAY,<br><br>    Plaintiff,<br><br>vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>    Defendant. | **Case No. C 08-0906 PVT**<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>             **AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: March 26, 2008

WINSTON & STRAWN LLP

By: /s/ Allison M. Dibley
    Attorneys for Defendant
    ABBOTT LABORATORIES, INC.

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894

SF:202333.1

2

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUST AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE     CASE NO. C 08-0906 PVT