Robert Spagat (SBN: 157388)
Allison M. Dibley (SBN: 213104)
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5894
Telephone:   415-591-1000
Facsimile:    415-591-1400
Email: rspagat@winston.com
          adibley@winston.com

Attorneys for Defendant
ABBOTT LABORATORIES, INC.

William Green (SBN: 129816)
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone:   415-442-4646
Facsimile:    415-442-4802
Email: bill@dgglaw.com

Attorneys for Plaintiff
MARK MURRAY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MURRAY,<br><br>            Plaintiff,<br><br>   vs.<br><br>ABBOTT LABORATORIES, INC.,<br><br>            Defendant. | **Case No. C 08-0906 PVT**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF NAMED DEFENDANT AND REGARDING EXTENSION OF TIME FOR FILING RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Date Action Filed:     February 12, 2008 |

This Stipulation is entered into by and among Plaintiff Mark Murray ("Mr. Murray") and Defendant Abbott Laboratories, Inc. ("Abbott"), through their respective attorneys of record.

WHEREAS on February 12, 2008, Mr. Murray filed a Complaint in the above-referenced matter; and

WHEREAS, on March 4, 2008, Abbott filed the parties' Stipulation Regarding Extension of Time for Filing Response to Plaintiff's Complaint, giving Abbott until March 31, 2008 to respond to

1

STIPULATION & [PROPOSED] ORDER RE SUBSTITUTION OF DEFENDANT & RE EXTENSION OF TIME
FOR FILING RESPONSE TO PLAINTIFF'S COMPLAINT    CASE NO. C 08-0906 PVT

Mr. Murray's Complaint; and

WHEREAS, due to counsel's trial schedule during March 2008, Abbott needs an additional one-week extension of time to respond to the complaint; and

WHEREAS, Mr. Murray improperly named the defendant in this action. The true and correct name of the defendant in this matter is The Abbott Severance Pay Plan For Former U.S. Guidant Employees 2006 Edition.

IT IS THEREFORE HEREBY STIPULATED by and among Mr. Murray and Abbott that:

1. The Abbott Severance Pay Plan For Former U.S. Guidant Employees 2006 Edition shall be substituted for Abbott Laboratories, Inc. as the correctly named Defendant in this matter.

2. Abbott's answer or other response to the Complaint is due on April 7, 2008.

Dated: March 25, 2008                WINSTON & STRAWN LLP


By:  /s/ Allison M. Dibley
     Robert Spagat, Esq.
     Allison M. Dibley, Esq.

Attorneys for Defendant
ABBOTT LABORATORIES, INC.


Dated: March 25, 2008                DELFINO GREEN & GREEN

By:  /s/ William Green
     William Green, Esq.

Attorney for Plaintiff
MARK MURRAY

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date: 3/26/08

HON. PATRICIA V. TRUMBULL
United States District Court Magistrate Judge

SF:201913.1

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5894