1   William Green
    DELFINO, GREEN & GREEN
2   1010 B Street
    Suite 320
3   San Rafael, California  94903
    Telephone:    415-442-4646
4   Facsimile:    415-442-4802
    Email:        bill@dgglaw.com
5
    Attorney for Plaintiff
6   MARK MURRAY

7   Joseph J. Torres (Admitted *Pro Hac Vice*)         Robert Spagat (SBN:    157388)
    Sheila P. Frederick (Admitted *Pro Hac Vice*)      Allison M. Dibley (SBN: 213104)
8   WINSTON & STRAWN LLP                               WINSTON & STRAWN LLP
    35 West Wacker Drive                               101 California Street
9   Chicago, Illinois  60601                           San Francisco, California  94111-5894
    Telephone:    312-558-5600                         Telephone:    415-591-1000
10  Facsimile:    312-558-5700                         Facsimile:    415-591-1400
    Email: jtorres@winston.com                         Email: rspagat@winston.com
11       sfrederick@winston.com                              adibley@winston.com

12  Attorneys for Defendant
13  THE ABBOTT SEVERANCE PAY PLAN
    FOR FORMER U.S. GUIDANT
14  EMPLOYEES, 2006 EDITION

15              UNITED STATES DISTRICT COURT

16             NORTHERN DISTRICT OF CALIFORNIA

17                   SAN JOSE DIVISION

18

19  MARK MURRAY,                          CASE NO.:  C 08-00906 JW

20          Plaintiff,                    **JOINT CASE MANAGEMENT**
                                          **CONFERENCE STATEMENT**
21      v.
                                          Date:    June 2, 2008
22  THE ABBOTT SEVERANCE PAY PLAN         Time:    10:00 a.m.
    FOR FORMER U.S. GUIDANT               Place:   Courtroom 8, 4th Floor
23  EMPLOYEES, 2006 EDITION               Before:  Hon. Judge James Ware

24          Defendant.

25

26

27

28

1   Pursuant to Federal Rules of Civil Procedure 16 and 26, and Local Rule 16-9, the parties

2 hereby submit this Joint Case Management Conference Statement:

3 1.  <u>Jurisdiction and Service</u>:

4   The Court has subject matter jurisdiction over this matter pursuant to 29 U.S.C. §

5 1102(f).  No issues exist regarding jurisdiction or venue, and no parties remain to be served.

6 2.  <u>Facts</u>:

7   Abbott maintained a severance plan entitled the "Abbott Severance Pay Plan for Former

8 U.S. Guidant Employees, 2006 Edition" (the "Plan").  Plaintiff tendered a claim for benefits

9 under the Plan, which was denied.  Plaintiff appealed that denial, and his appeal was also denied.

10   The Plan states that there are no factual disputes, particularly in light of the applicable

11 standard of review (*see infra*).

12   Plaintiff contends the principal factual issues are:

13  a.  Whether there was a "qualifying termination" of Mr. Murray under the Plan;

14  b.  Whether a position was offered to Mr. Murray;

15  c.  Whether a "functionally equivalent" position was offered to Mr. Murray;

16  d.  The amount of the benefit Mr. Murray is entitled to under the Plan.

17 3.  <u>Legal Issues</u>:

18   The Plan submits that the disputed legal issue is whether the Plan abused its discretion in

19 denying Plaintiff's claim for benefits.

20   Plaintiff submits that the disputed legal issue is the appropriate standard of review to be

21 applied to the Plan's denial of benefits and determinations under the Plan – i.e., abuse of

22 discretion or de novo.

23 4.  <u>Motions</u>:

24   There are no pending motions.  Both parties intend to file a motion for summary

25 judgment based on the administrative record for Plaintiff's claim and appeal.

26 5.  <u>Amendment of Pleadings</u>:

27   The parties do not expect to add any claims or defenses.  They further propose any

28 amendments to the pleadings be made by July 3, 2008.

6.    Evidence Preservation:

    The Plan has issued a record hold to preserve relevant records, including for electronic

data, to individuals involved in Plaintiff's claim and appeal and has begun compiling the relevant

administrative record.

7.    Disclosures:

    Pursuant to Rule 26(a)(1)(B)(i), this case is exempt from initial disclosure requirements.

8.    Discovery:

    Other than the production of the administrative record, no discovery will occur in this

matter.

9.    Class action:

    Not applicable.

10.    Related cases:

    Not applicable.

11.    Relief:

    Plaintiff seeks any benefits he is entitled to under the Plan.  To the extent the Court finds

Plaintiff is entitled to relief, the Plan submits that any damages are limited to the benefits

provided under the Plan, and should be calculated in accordance with the terms set forth therein.

12.    Settlement and ADR:

    The parties have complied with ADR L.R. 3-5 and selected Early Neutral Evaluation for

an ADR Process.  Given this case involves review of an administrative record, they propose ENE

be held within 60 days after the parties file cross-motions for summary judgment.

13.    Consent to Magistrate Judge for All Purposes:

    Plaintiff consented to the assignment of this case to a magistrate judge.  The Plan elected

to proceed before the district court.

14.    Other references:

    Not applicable.

15.    Narrowing of Issues:

    Not applicable.

16. **Expedited Schedule:**

    Not applicable.

17. **Scheduling:**

    The parties propose that the administrative record be filed by July 31, 2008, that the parties file cross-motions for summary judgment by August 15, 2008, and responses to the cross-motions by August 29, 2008. The parties submit that no other dates need to be set.

18. **Trial:**

    Not applicable.

19. **Disclosure of Non-party Interested Entities or Persons:**

    Pursuant to Civil L.R. 3-16, Defendant The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition, hereby states that the plan sponsor is Abbott Laboratories, Inc. The Plan hereby certifies that as of this date, no other party has any such interest.

Dated:  May 19, 2008                          DELFINO, GREEN & GREEN

                                                      /s/ William Green
                                              By:  William Green
                                              Attorney for Plaintiff
                                              MARK MURRAY
Dated:  May 19, 2008                          WINSTON & STRAWN LLP

                                                      /s/  Joseph J. Torres
                                              By:  Joseph J. Torres
                                              Attorney for Defendant
                                              THE ABBOTT SEVERANCE PAY PLAN FOR
                                              FORMER U.S. GUIDANT EMPLOYEES, 2006

//
//
//
//

1

## **ORDER**

2       The parties having submitted this Joint Case Management Statement and good cause

3 appearing, IT IS HEREBY ORDERED that the parties' Joint Case Management Statement,

4 subject to any revisions set forth above, shall be the Order of this Court.

5

6 Dated:

7                                     _____

                                    Honorable James Ware

8                                     U.S. District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28