| | |
|---|---|
| Joseph J. Torres (Admitted *Pro Hac Vice*) | Robert Spagat (SBN: 157388) |
| Sheila P. Frederick (Admitted *Pro Hac Vice*) | Allison M. Dibley (SBN: 213104) |
| WINSTON & STRAWN LLP | WINSTON & STRAWN LLP |
| 35 West Wacker Drive | 101 California Street |
| Chicago, Illinois 60601 | San Francisco, California 94111-5894 |
| Telephone: 312-558-5600 | Telephone: 415-591-1000 |
| Facsimile: 312-558-5700 | Facsimile: 415-591-1400 |
| Email: jtorres@winston.com | Email: rspagat@winston.com |
| sfrederick@winston.com | adibley@winston.com |

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK MURRAY, | CASE NO.: C 08-00906 JW PVT |
| Plaintiff, | **CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION, | |
| Defendant. | |

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:
6       Abbott Laboratories, Inc.

8   Dated: May 19, 2008        WINSTON & STRAWN LLP

9                               /s/  Joseph J. Torres
10                              By:  Joseph J. Torres
                                Attorney for Defendant
11                              THE ABBOTT SEVERANCE PAY PLAN FOR
                                FORMER U.S. GUIDANT EMPLOYEES, 2006

1

**CERTIFICATE OF SERVICE**

2

3

4

5

   The undersigned, one of the attorneys for Defendant The Abbott Severance Pay Plan For Former U.S. Guidant Employees, 2006 Edition, hereby certifies that on May 19, 2008, a true and correct copy of the foregoing CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS was filed electronically with the Court.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

6

7             /s/ Joseph J. Torres_____
                    Joseph J. Torres

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHI:2094106.1                                   2
CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, Case No. C08-00906 JW