UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mark Murray

                 Plaintiff(s),

        v.

Abbott Severance Pay Plan for Former
Guidant Employees, 2006 Edition

                 Defendant(s).

CASE NO. C 08-00906 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   60 days after filing cross-motions for summary judgment

Dated: May 13, 2008                                  /s/ William Green
                                                                  Attorney for Plaintiff

Dated: May 13, 2008                                  /s/ Joseph J. Torres
                                                                   Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
          Non-binding Arbitration
     x  Early Neutral Evaluation (ENE)
          Mediation
          Private ADR

    Deadline for ADR session
          90 days from the date of this order.
     x  other  60 days after the filing of cross motions for summary judgment as stipulated by the parties

IT IS SO ORDERED.

Dated:_____ May 21, 2008 _____         _____
                                            UNITED STATES DISTRICT    JUDGE