IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mark Murray, | No. C 08-00906 JW |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| Abbott Laboratories, Inc., et al., | |
| Defendants. | |

Upon filing, this case was scheduled for a case management conference on June 2, 2008. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Case Management Statement and Proposed Order. Based on their joint submission, it appears that a schedule for the case can be set without the necessity of an appearance at this time. Accordingly, **the case management conference is vacated** and the parties are ordered to comply with the following schedule:

(1)   On or before **July 31, 2008**, the parties shall file and lodge with Chambers a copy of the Administrative Record

(2)   On or before **August 15, 2008**, the parties shall file a Joint Background and Undisputed Statement of Facts which sets forth the chronology of events.

(3)   On or before **August 15, 2008**, the parties shall file and serve cross-motions for summary judgment.

        (a)    Oppositions, if any, on or before **August 29, 2008**.

        (b)    Replies, if any, on or before **September 5, 2008.**

(4)    A hearing on the parties' cross-motions for summary judgment is set for **October 6, 2008 at 9 a.m.**

Dated: May 29, 2008

                                      JAMES WARE
                                      United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison Marie Dibley Adibley@winston.com
Joseph James Torres jtorres@winston.com
Sheila Patricia Frederick sfrederick@winston.com
William Green bill@dgglaw.com

**Dated: May 29, 2008**                                  **Richard W. Wieking, Clerk**

                                                         **By:  /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**