# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Murray,<br><br>             Plaintiff(s),<br><br>     v.<br><br>The Abbott Severance pay Plan for Former,<br><br>             Defendant(s). | 08-00906 JW ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Stephen A. McKae**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
510-834-6600
smckae@wendel.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-00906 JW ENE                                         - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: September 3, 2008

        RICHARD W. WIEKING
        Clerk
        by:    Alice M. Fiel

        ADR Case Administrator
        415-522-3148
        Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-00906 JW ENE                    - 2 -