Joseph J. Torres (Admitted *Pro Hac Vice*)
Sheila P. Frederick (Admitted *Pro Hac Vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois  60601
Telephone:    312-558-5600
Facsimile:    312-558-5700
Email:  jtorres@winston.com
        sfrederick@winston.com

Robert Spagat (SBN: 157388)
Allison M. Dibley (SBN: 213104)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111-5894
Telephone:    415-591-1000
Facsimile:    415-591-1400
Email:  rspagat@winston.com
        adibley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK MURRAY,<br><br>           Plaintiff,<br><br>     v.<br><br>THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION,<br><br>           Defendant. | CASE NO.:  C 08-00906 JW<br><br>**STIPULATION REGARDING EXTENSION OF TIME FOR HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |

   This stipulation is entered into by and among Plaintiff Mark Murray ("Murray") and Defendant The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

   WHEREAS Local Civil Rule 6-2 allows the parties to file a stipulation requesting an order to extend the deadlines in a case.  Pursuant to Local Rule 6-2, the Parties submit the following stipulation:

///

///

1

STIPULATION REGARDING EXTENSION OF TIME FOR HEARING, Case No. C08-00906 JW

1. On May 29, 2008, this Court entered a Scheduling Order in the above-referenced matter setting the following dates:

- August 15, 2008—filing of a Joint Background and Undisputed Statement of Facts as well as cross-motions for summary judgment
- August 29, 2008—oppositions, if any
- September 5, 2008—replies, if any
- October 6, 2008 at 9:00 a.m.—hearing date

2. The Parties cross-motions for summary judgment are now fully briefed. The Parties previously suggested that they engage in the Early Neutral Evaluation ("ENE") program after the Parties finalized their briefing on their cross-motions for summary judgment.

3. In accordance therewith, the Parties have now been contacted by the ENE evaluator, who wishes to conduct an ENE session between now and October 21, 2008. The Parties plan to conduct the ENE session prior to the October 21 deadline.

4. Given the foregoing, the Parties stipulate to, and ask the Court to enter, an Order extending the hearing date in this case by at least thirty (30) additional days in order for the Parties to participate in the ENE program.

5. The hearing date in this case is currently set for October 6, 2008. The Parties will not be able to participate in the ENE session prior to that date. The Parties feel that it is beneficial to mediate and explore settlement prior to the hearing date.

6. By extending this date, the hearing will only take place if the Parties are unable to settle the matter through the ENE program. In addition, the Court will not spend time reviewing the Parties papers unless it becomes necessary.

7. The Parties previously stipulated to an extension of time to file a response to Plaintiff's Complaint on March 4, 2008 and on March 25, 2008 and an extension of time to file the joint statement of facts and cross-motions for summary judgment on August 14, 2008.

The PARTIES HEREBY STIPULATE and request the Court amend the Scheduling Order to extend the hearing date by at least thirty (30) days.

Dated: September 17, 2008                              WINSTON & STRAWN LLP

1
2
3
4  Dated: September 17, 2008
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: s/ Joseph J. Torres
Attorney for Defendant
THE ABBOTT SEVERANCE PAY PLAN FOR FORMER U.S. GUIDANT EMPLOYEES, 2006 EDITION

DELFINO GREEN & GREEN

By: s/ William Green
Attorney for Plaintiff
MARK MURRAY

1 **[PROPOSED] ORDER**

2 For good cause shown, the Court GRANTS the parties' request for a continuance of the hearing on motions current set for October 6, 2008. The hearing on the parties' Cross-Motions for Summary Judgment is set for **November 17, 2008 at 9 a.m.**

4 Date: _____September 18, 2008_____          _____*James Ware*_____
                                              HON. JAMES WARE
5                                             United States District Court Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
STIPULATION REGARDING EXTENSION OF TIME FOR HEARING, Case No. C08-00906 JW