| | |
|---|---|
| Joseph J. Torres (Admitted *Pro Hac Vice*)<br>Sheila P. Frederick (Admitted *Pro Hac Vice*)<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, Illinois  60601<br>Telephone:     312-558-5600<br>Facsimile:      312-558-5700<br>Email:  jtorres@winston.com<br>           sfrederick@winston.com | William Green (SBN:  129816)<br>DELFINO GREEN & GREEN<br>1010 B Street, Suite 320<br>San Rafael, CA  94901<br>Telephone:     415-442-4646<br>Facsimile:      415-442-4802<br>Email: bill@doglaw.com<br><br>Attorneys for Plaintiff<br>MARK MURRAY |

Robert Spagat (SBN: 157388)
Allison M. Dibley (SBN: 213104)
WINSTON & STRAWN LLP
101 California Street
San Francisco, California  94111-5894
Telephone:     415-591-1000
Facsimile:      415-591-1400
Email:  rspagat@winston.com
           adibley@winston.com

Attorneys for Defendant
THE ABBOTT SEVERANCE PAY PLAN
FOR FORMER U.S. GUIDANT
EMPLOYEES, 2006 EDITION

*IT IS SO ORDERED*
*[signature] Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARK MURRAY,<br><br>        Plaintiff,<br><br>v.<br><br>THE ABBOTT SEVERANCE PAY PLAN<br>FOR FORMER U.S. GUIDANT<br>EMPLOYEES, 2006 EDITION,<br><br>        Defendant. | CASE NO.:  C 08-00906 JW<br><br>**STIPULATION TO DISMISS WITH<br>PREJUDICE AND [~~PROPOSED~~] ORDER**<br><br>[F.R.C.P. 41(a)(1)] |

    This stipulation is entered into by and among Plaintiff Mark Murray ("Murray") and Defendant The Abbott Severance Pay Plan for Former U.S. Guidant Employees, 2006 Edition (the "Plan") (collectively the "Parties"), through their respective attorneys of record.

    WHEREAS, on February 12, 2008, Mr. Murray filed a Complaint in the above-referenced matter, alleging that he was entitled to additional severance benefits; and

1

1  WHEREAS, the parties have agreed to resolve this matter through a Settlement
2  Agreement (the "Agreement"), and desire to avoid any future disputes.
3  NOW THEREFORE, IT IS STIPULATED by and between the parties to this action
4  through their designated counsel that the above-captioned matter should be dismissed with
5  prejudice pursuant to FRCP 41(a)(1), with each side to bear its own costs and attorneys' fees.

Dated: January 7, 2009                    WINSTON & STRAWN LLP

By: /s/ Joseph J. Torres
Attorney for Defendant
THE ABBOTT SEVERANCE PAY PLAN FOR
FORMER U.S. GUIDANT EMPLOYEES, 2006
EDITION

Dated: January 7, 2009                    DELFINO GREEN & GREEN

By: /s/ William Green
Attorney for Plaintiff
MARK MURRAY

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Complaint be dismissed in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Case Management Conference set for January 12, 2009 at 10 a.m. is hereby VACATED. The Clerk shall close this file.

Date: January 7, 2009

HON. JAMES WARE
United States District Court Judge